JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 7020 VAN NUYS BLVD LLC,<br>　　Plaintiff,<br><br>　　　　v.<br><br>NATIONWIDE MUTUAL<br>INSURANCE CO., et al.,<br>　　Defendants. | CV 21-5657 DSF (ADSx)<br><br>JUDGMENT |

　　The Court having granted a motion to dismiss without leave to amend,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: September 9, 2021

　　　　　　　　　　　　　　　　　　　_/s/ Dale S. Fischer_
　　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　　United States District Judge